**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HENRY TERRY,**

        **Plaintiff,**

    **v.**

**9:12-CV-1544
(TJM/TWD)**

**BEVERLY CAMPBELL; PATRICIA SCHWARTZ;
COSINO FERRARI, M.D.; VONDA JOHNSON M.D.,**

        **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**THOMAS J. McAVOY
Senior United States District Judge**

## DECISION and ORDER

**I.   INTRODUCTION**

    This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule N.D.N.Y. 72.3(c). In her June 19, 2014 Report-Recommendation and Order (Dkt. No. 42), Magistrate Judge Dancks recommends that Defendants' motion for summary judgment (Dkt. No. 35) be granted. No objections to the Report-Recommendation and Order have been filed, and the time to do so has expired.

**II.   DISCUSSION**

    After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III. CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order for the reasons stated therein. Defendants' motion for summary judgment (Dkt. No. 35) is **GRANTED**, and the Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

**Dated:** August 21, 2014

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge